No. 03–9657.  DULISSE v. CENTRAL PENN PROPERTY SERVICE, INC.  Sup. Ct. Pa.  Certiorari denied.

No. 03–9658.  DANIELS v. MCLEMORE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–9660.  TATUM v. KNOWLES, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–9661.  WALKER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–9663.  BRAGGS v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 03–9669.  BOOKER v. ANDERSON, WARDEN.  Sup. Ct. Ohio.  Certiorari denied.

No. 03–9670.  ALDRICH v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–9674.  POWELL v. HALL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–9683.  TAYLOR v. RUSHTON, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 03–9687.  CUESTA v. BERTRAND, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 03–9692.  SIMS v. KEMP, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–9698.  LLOYD v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–9702.  SQUIRES v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.